# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Bicker Farms, LLLP, | ) |
| | ) **ORDER FOR MID-DISCOVERY** |
| Plaintiff(s), | ) **STATUS CONFERENCE** |
| | ) |
| v. | ) |
| | ) |
| Hess Bakken Investments II, LLC, | ) |
| | ) Case No. 1:19-cv-161 |
| Defendant(s). | ) |

**IT IS ORDERED**:

A mid-discovery status conference will be held on June 16, 2023, at 9:00 AM before the magistrate judge by telephone. The conference shall be attended by lead counsel for each party, with authorization to bind the party on all matters addressed at the conference. To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581. The conference may be recorded for the convenience of the court.

Dated this 2nd day of November, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court